■ In the Matter of NYEEM ADAMS, Petitioner, v THOMAS GRIFFIN, as Superintendent of Eastern Correctional Facility, Respondent. [5 NYS3d 737]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

McCarthy, J.P., Garry, Egan Jr. and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.